# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00293-08-CR-W-DGK |
| CHRISTIAN DOUGLAS HANSEN, | |
| Defendant. | |

## MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Christian Douglas Hansen, DOB: 04/14/1979, DOC #336322, is currently incarcerated at the Boonville Correctional Center, 1216 E. Morgan Street, Booneville, Missouri 65233.

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By:    */s/ Bruce Rhoades*

    Assistant United States Attorney
    Narcotics & Violent Crimes Unit

    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Suite 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122